UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | NO. 1:14mj'45 |
| Hewlett Packard (HP) model 500B MT (SERIAL NUM MXL2120WYL) | |

FILED
ASHEVILLE, N.C.
JUN - 4 2014
U.S. DISTRICT COURT
W. DIST. OF N.C.

## ORDER SEALING SEARCH AND SEIZURE WARRANT AND AFFIDAVIT AND APPLICATION

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Search and Seizure Warrant and Affidavit and Application, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Search and Seizure Warrant and Affidavit and Application, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 4th day of June, 2014.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE