IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

In the Matter of the Search of:              ) DOCKET NO. 1:14MJ-45
                                             )
A Hewlett Packard Model 500B MT              )
(serial number MXL2120WYL)                   )

**ORDER UNSEALING CASE**

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the above case be unsealed,

**IT IS HEREBY ORDERED** that the case and all associated documents are unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 2nd day of October, 2019.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA